1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  4100 Newport Place Dr., Ste. 800
   Newport Beach, CA  92660
4  Tel: (949) 706-6464
   Fax: (949) 706-6469
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SONYA VALENZUELA, individually and on behalf of all others similarly situated, | Case No. 5:22-cv-01360-SSS-KK |
   | --- | --- |
   |  | Judge: The Hon. Sunshine Suzanne Sykes |
   | Plaintiff, |  |
   | v. | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
   | M.A.C. COSMETICS INC., a Delaware corporation; and DOES 1 through 25, inclusive, | Complaint filed:  August 10, 2022 |
   |  | Trial Date: None Set |
   | Defendants. |  |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Sonya Valenzuela and Defendant M.A.C. Cosmetics Inc., stipulate and jointly request that this Court enter a dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. No class has been certified and no class is proposed to be certified for purposes of settlement as contemplated by FRCP Rule 23(e). Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

Dated: December 20, 2023

**PACIFIC TRIAL ATTORNEYS, APC**

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff
    Sonya Valenzuela

Dated: December 20, 2023

**JEFFER MANGELS BUTLER & MITCHELL, LLP**

By: */s/*
    Matthew S. Kenefick
    Attorneys for Defendant
    M.A.C. Cosmetics, Inc.

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

*/s/Scott J. Ferrell*
Scott J. Ferrell

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

          */s/ Scott J. Ferrell*
          Scott J. Ferrell