JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>M.A.C. COSMETICS INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 5:22-cv-01360-SSS-KKx<br>Assigned to Judge Sunshine S. Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: August 1, 2022 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 12, 2024          By: _____
                                     Hon. Sunshine Suzanne Sykes
                                     United State District Judge

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**